## United States Bankruptcy Court
### Eastern District of New York

In re  **Virgil Lau**                                                                                            Case No.
                                                                Debtor(s)                 Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **May 26, 2015**                    **/s/ Virgil Lau**
                                            **Virgil Lau**
                                            Signature of Debtor

Date:  **May 26, 2015**                    **/s/ Norma E. Ortiz**
                                            Signature of Attorney
                                            **Norma E. Ortiz**
                                            **Ortiz & Ortiz, LLP**
                                            **3272 Steinway Street**
                                            **Suite 402**
                                            **Astoria, NY 11103**
                                            **718-522-1117   Fax: 718-596-1302**

Advanta Card
PO Box 9217
Old Bethpage, NY 11804


American Express
PO Box 981537
El Paso, TX 79998


At&t
c/o Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007


Bank of America
c/o Creditors Financial
Aurora, CO 80044


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One
c/o Cohen & Slamowitz
PO Box 9004
199 Crossways Park Dr
Woodbury, NY 11797


Chase Card
PO Box 15298
Wilmington, DE 19850


Citi
PO Box 183051
Columbus, OH 43218


Discover Bank
PO Box 15316
Wilmington, DE 19850

Fedex Techconnect
c/o Nco Financial
PO Box 4946
Trenton, NJ 08650


Great Plains Capital Corp
PO Box 1068
Columbus, NE 68602


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101


Lincoln Credit Group
7710 Balboa Ave
Ste. 304
San Diego, CA 92111


Ludlow 168 LLC
c/o Joseph I Farca, Esq.
377 Broadway 6th floor
New York, NY 10013


Ludlow 168, LLC
c/o Brownstone Management
88 Rivington Street
New York, NY 10002


LVNV FUNDING LLC
PO Box 10497
Ste 110, Ms 576
Greenville, SC 29603


NYC Department of Finance
One Centre Street
22nd Floor
New York, NY 10007


NYS Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205


United Recovery Sys.
PO Box 722929
Houston, TX 77272