UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

VIRGIL LAU                                              Case No. 15-42409

                                                        Chapter 7
                        Debtors.
---------------------------------------------------------x

## DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Virgil Lau, one of the above-captioned debtors, hereby declares as follows:

1.      Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. I am unemployed, and therefore can not provide the court with payment advices.

2.      I swear under penalty of perjury that the foregoing is true and accurate.

Dated:  Queens, New York
        June 25, 2015

                                                         _/s/ Virgil Lau_____
                                                            Virgil Lau